IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JEREMIAH F. KANE and LOUISE W. KANE, | : | CIVIL ACTION |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | No. 18-1894 |
| CHESTER COUNTY, PENNSYLVANIA, et al., | : | |
| Defendants. | : | |

## **ORDER**

AND NOW, on April 26, 2019, it is ORDERED that Defendants' Motion to Dismiss the Amended Complaint (doc. 19) is GRANTED for the reasons discussed in the accompanying memorandum opinion. Plaintiffs may amend their complaint as set forth in the memorandum by May 28, 2019.

BY THE COURT:

/s/ Timothy R. Rice
TIMOTHY R. RICE
U.S. MAGISTRATE JUDGE